**IT IS ORDERED as set forth below:**

**Date: November 9, 2021**

_____

**Jeffery W. Cavender
U.S. Bankruptcy Court Judge**

_____

**UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION**

| | | |
|---|---|---|
| IN RE | \| | CASE NO. 21-57455-jwc |
| | \| | |
| LATERRICA A LUTHER | \| | CHAPTER 7 |
| | \| | |
| Debtor | \| | |

**ORDER VACATING ORDER GRANTING APPLICATION BY DEBTOR TO PAY
FILING FEE IN INSTALLMENTS**

On November 5, 2021, the Clerk erroneously entered an Order Granting Application to Pay Filing in Installments (Doc. No. 24). Filing Fee installments had already been set by the Order Granting Motion to Reconsider Order of Dismissal (Doc. No. 23). Accordingly, it is hereby

ORDERED that the Order Granting Application to Pay Filing Fees in Installments, (Doc. No. 24), is hereby *VACATED* in its entirety. The Filing Fee installments set by the Order Granting Motion to Reconsider Order of Dismissal remain in effect.

The Clerk is directed to serve a copy of this Order upon Debtor, Chapter 7 Trustee and Office of the United States Trustee.

**END OF DOCUMENT**

United States Bankruptcy Court

Northern District of Georgia

In re:  Case No. 21-57455-jwc
Laterrica A Luther  Chapter 7
    Debtor

# CERTIFICATE OF NOTICE

| District/off: 113E-9 | User: bncadmin | Page 1 of 2 |
|---|---|---|
| Date Rcvd: Nov 09, 2021 | Form ID: pdf542 | Total Noticed: 23 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

\#      Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 11, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Laterrica A Luther, Apt 2116, 2550 Blackmon Drive, Decatur, GA 30033-6220 |
| 23646485 | + | Capital Bank, One Church St, Rockdale, MD 20850-4190 |
| 23625682 | + | Capital Bank, One Church St, Rockville MD 20850-4190 |
| 23625684 | + | Envision, PO Box 8710, Coral Spring FL 33075-8710 |
| 23645585 | + | LOCKHART MORRIS & MONTGOMERY, PO BOX 3000, MARRIFIEL, VA 22119-3000 |
| 23645582 | + | MEDCORP BILLING SESRVICES LLC, PMB 305 5200 DALLAS HIGHWAY SUITE 200, POWDER SPRING, GA 30127-6205 |
| 23625680 | + | Northside Hospital, PO Box 101565, Atlanta GA 30392-1565 |
| 23645583 | | REVENUE RECOVERY PARTNERS LLC, 650 EAST CHURCH STREET SUITE A, JASPER, GA 30143 |
| 23645586 | + | ROCKDALE MEDICAL, 1412 MILSTEAD AVE, CONYERS, GA 30012-3899 |
| 23625685 | + | Revenue Recovery Partners LLC, 660 East Church St Suite A, Jasper GA 30143-1312 |
| 23625683 | #+ | SF/Lead Bank, 200 N 3rd St, Garden City MO 64747-8163 |
| 23646484 | + | TSI System, Inc., 500 Virginia Drive Ste 514, FT Washington, PA 19034-2733 |

TOTAL: 12

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| 23625690 | + | Email/PDF: pa_dc_ed@navient.com | Nov 10 2021 10:00:00 | Dept of Ed/Navient, PO Box 9655, Wilkes-Barre PA 18773-9655 |
| 23625679 | | Email/Text: corporatecredit@farmersfurniture.com | Nov 09 2021 20:00:00 | Farmers Home Furniture, PO Box 1140, Dublin GA 31040 |
| 23625692 | + | Email/Text: corporatecredit@farmersfurniture.com | Nov 09 2021 20:00:00 | Farmers Furniture Inc, PO Box 1140, Dublin GA 31040-1140 |
| 23625689 | | Email/Text: Hcabankruptcy-courtnotices@hcamerica.com | Nov 09 2021 20:00:00 | Hyundai Motor Finance, 10550 Talbert, Fountain Valley CA 92628 |
| 23646486 | | Email/Text: Hcabankruptcy-courtnotices@hcamerica.com | Nov 09 2021 20:00:00 | Hyundai Motor Finance, 10550 Talbert, Fountain, CA 92628 |
| 23625691 | + | Email/Text: bankruptcy@lmmcollections.com | Nov 09 2021 20:00:00 | Lockhart Morriss & Montgomery/, Rockdale Medical, 1401 N Central Expy Suite 225, Richardson TX 75080-4456 |
| 23645584 | + | Email/Text: ext_ebn_inbox@navyfederal.org | Nov 09 2021 20:00:00 | NAVY FEDERAL, PO BOX 3000, MARRIFIEL, VA 22119-3000 |
| 23625688 | + | Email/Text: ext_ebn_inbox@navyfederal.org | Nov 09 2021 20:00:00 | Navy Federal CU, One Security Place, Merrifield VA 22119-0001 |
| 23625678 | + | Email/Text: ext_ebn_inbox@navyfederal.org | Nov 09 2021 20:00:00 | Navy Federal Credit Union, PO Box 3000, Merrifield VA 22119-3000 |
| 23625687 | + | Email/Text: bnc@nordstrom.com | Nov 09 2021 20:00:00 | Nordstrom/TD Bank, 13531 E Caley Ave Ser, Englewood CO 80111-6505 |
| 23625686 | + | Email/Text: bankruptcydepartment@tsico.com | Nov 09 2021 20:00:00 | TSI, 500 Virginia Drive Suite 514, Ft Washington |

District/off: 113E-9 | User: bncadmin | Page 2 of 2
Date Rcvd: Nov 09, 2021 | Form ID: pdf542 | Total Noticed: 23

PA 19034-2733

TOTAL: 11

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 23625681 | *+ | Northside Hospital, PO Box 101565, Atlanta GA 30392-1565 |

TOTAL: 0 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Nov 11, 2021    Signature:    /s/Joseph Speetjens

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 9, 2021 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Office of the United States Trustee | ustpregion21.at.ecf@usdoj.gov |
| S. Gregory Hays | ghays@haysconsulting.net saskue@haysconsulting.net;GA32@ecfcbis.com |

TOTAL: 2