UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| IN RE: | * | CHAPTER 7 |
| | * | |
| LATERRICA A. LUTHER, | * | CASE NO. 21-57455-JWC |
| | * | |
| DEBTOR. | * | |

**NOTICE OF RESCHEDULED MEETING OF CREDITORS**

The meeting of creditors is rescheduled to **January 21, 2022, at 8:50 a.m**. Pursuant to Bankruptcy Code section 343, the debtor must appear and submit to examination under oath at the meeting of creditors. The meeting will be conducted by telephone conference call. **To attend, dial: 866-909-7148. When prompted, enter participant code: 4958999#.** The chapter 7 trustee will preside at the meeting. The chapter 7 trustee will serve this notice on the debtor and file a certificate of service.

Notice given by:        MARY IDA TOWNSON
UNITED STATES TRUSTEE, REGION 21

*s/ Jeneane Treace*
R. Jeneane Treace
Georgia Bar No. 716620
United States Department of Justice
Office of the United States Trustee
362 Richard B. Russell Federal Building
75 Ted Turner Drive, S.W.
Atlanta, Georgia  30303
(404) 331-4437
*jeneane.treace@usdoj.gov*