UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| IN RE: | : | CASE NO. 21-57455-JWC |
| | : | |
| LATERRICA A. LUTHER, | : | CHAPTER 7 |
| | : | |
| Debtor. | : | |
| | : | |

**MOTION TO EXTEND DEADLINE FOR TRUSTEE AND UNITED STATES TRUSTEE TO OBJECT TO DEBTOR'S DISCHARGE**

COMES NOW S. Gregory Hays, as Chapter 7 Trustee ("**Trustee**") for the bankruptcy estate of Laterrica A. Luther ("**Debtor**"), and under Fed. R. Bankr. P. 4004(b) respectfully applies for an extension of time for the filing of a complaint objecting to Debtor's discharge (the "**Motion**"), respectfully showing the Court as follows:

**Jurisdiction and Venue**

1.     This Court has jurisdiction over this matter under 28 U.S.C. §§ 157 and 1334.  This is a core proceeding under 28 U.S.C. § 157(b).  Venue is proper in this Court under 28 U.S.C. §§ 1408 and 1409.

**Background Facts**

*a. General Background*

2.     Debtor commenced the above-styled bankruptcy case by filing a voluntary petition [Doc. No. 1] under Chapter 7 of Title 11 of the United States Code on October 4, 2021 (the "**Petition Date**"), initiating Case No. 21-57455-JWC  (the "**Case**").

3.     Trustee was thereafter appointed and remains the duly acting Chapter 7 trustee in this Case.

4.	The deadline for Trustee and the United States Trustee to file a complaint objecting to Debtor's Discharge is January 10, 2022 (the "**Discharge Deadline**").  As a result, this Motion is timely filed.

### b. Section 341 Creditors Meetings

5.	The Chapter 7 Section 341 Meeting of Creditors (the "**Section 341 Meeting**") was originally scheduled for November 9, 2021 but was rescheduled to December 7, 2021 on account of Debtor's failure to appear.

6.	The December 7, 2021 341 Meeting of Creditors was continued to January 21, 2022 for other reasons besides debtor's failure to appear.

### Relief Requested and Basis for Same

7.	Trustee needs additional time to determine whether Debtor is entitled to a discharge in this Case, including, among other things, time to determine whether Debtor has made any material misstatements in his bankruptcy disclosure forms that could result in a denial of his discharge under 11 U.S.C. § 727.  Trustee moves to extend the Discharge Deadline for Trustee and the United States Trustee for an additional 90 days, through and including April 10, 2022.

8.	Rule 4004(b)(1) of the Federal Rules of Bankruptcy Procedure provides that "[o]n a motion *of any party in interest*, after notice and hearing, the court may *for cause* extend the time to object to discharge."  Fed. R. Bankr. P. 4004(b)(1) (emphasis added).

9.	Here, Trustee is a party in interest.  And, given Trustee's request for documentation and information, cause exists to extend the Discharge Deadline.

WHEREFORE, Trustee prays that the Discharge Deadline for Trustee and United States Trustee to file a complaint objecting to Debtor's discharge be extended for 90 days, through and including April 10, 2022, and that the Court grant Trustee such other and further relief as may be

just and proper.

  Respectfully submitted this 6th day of January, 2022.

                */s/ S. Gregory Hays*
                S. Gregory Hays
Hays Financial Consulting, LLC   Chapter 7 Trustee
2964 Peachtree Road, NW, Ste 555
Atlanta, GA 30305
(404) 926-0060

## CERTIFICATE OF SERVICE

I, S. Gregory Hays, hereby certify that I have this day caused to be served copies of the foregoing *Motion to Extend Deadline for Trustee and United States Trustee to Object to Debtor's Discharge* upon the following entities by first class United States Mail, postage prepaid, at the addresses stated:

Office of the United States Trustee
362 Richard B. Russell Bldg.
75 Ted Turner Drive, S.W.
Atlanta, GA 30303

Laterrica A Luther
Apt 2116
2550 Blackmon Drive
Decatur, GA 30033

This 6th day of January, 2022.

        */s/ S. Gregory Hays*
        S. Gregory Hays
        Chapter 7 Trustee