UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

IN RE:                                         :          CASE NO. 21-57455-JWC
                                               :
LATERRICA A. LUTHER,                           :          CHAPTER 7
                                               :
    Debtor.                                    :
_____ :

**CERTIFICATE OF SERVICE**

This is to certify that I have this day served the foregoing *Notice of Pleading, Deadline to*

*Object, and for Hearing* by depositing in the United States mail a copy of same in a properly

addressed envelope with adequate postage affixed thereon to assure delivery to:

Office of the United States Trustee
362 Richard B. Russell Bldg.
75 Ted Turned Drive, S.W.
Atlanta, GA 30303

Laterrica A Luther
Apt 2116
2550 Blackmon Drive
Decatur, GA 30033

    This 6th day of January, 2022.

                                                      */s/ S. Gregory Hays*
                                                      S. Gregory Hays
Hays Financial Consulting, LLC         Chapter 7 Trustee
2964 Peachtree Road, NW, Ste 555
Atlanta, GA 30305
(404) 926-0060